UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

FRYD DEVELOPERS LTD. and S4L ENTERPRISE INC d/b/a PALENQUE PIZZERIA #8,
    Defendant(s).

Case No: 24-cv-22726-KMW

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT, FRYD DEVELOPERS LTD., *ONLY*

Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendant, FRYD DEVELOPERS LTD. *only,* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com